AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pym, Sheri | U.S. District Court for the Central District of California | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

3470 12th Street
Riverside, CA 92501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Board Member | Federal Bar Association, Inland Empire Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Pomona College -- salary |
| 2. | 2018 | Claremont Graduate University -- fee for dissertation committee work |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 2. Vanguard Rollover IRA | | | | | | | | | |
| 3. -- Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | M | T | | | | | |
| 4. -- Vanguard Growth Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 5. -- Vanguard STAR Fund | C | Dividend | L | T | | | | | |
| 6. -- Vanguard U.S. Value Fund | D | Dividend | L | T | | | | | |
| 7. Vanguard Roth IRA #1 | | | | | | | | | |
| 8. -- Vanguard Explorer Fund Investor Shares | B | Dividend | K | T | | | | | |
| 9. -- Vanguard Small-Cap Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 10. Vanguard Roth IRA #2 | | | | | | | | | |
| 11. -- Vanguard Total Stock Market Index Fund Admiral Shares | A | Dividend | J | T | | | | | |
| 12. -- Vanguard Windsor II Fund Investor Shares | B | Dividend | J | T | | | | | |
| 13. Pomona College Academic Retirement Plan | | | | | | | | | |
| 14. -- CREF Growth Fund | | None | J | T | | | | | |
| 15. -- CREF Equity Index Fund | | None | L | T | | | | | |
| 16. -- CREF Global Equities Fund | | None | J | T | | | | | |
| 17. -- Vanguard Total Stock Market Index Institutional Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Institutional Target Retirement 2030 Fund | C | Dividend | M | T | | | | | |
| 19. -- Vanguard Institutional Target Retirement 2035 Fund | D | Dividend | N | T | | | | | |
| 20. -- Vanguard Federal Money Market Investor Fund | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Variable Life Insurance #1 | | | | | | | | | |
| 22. -- Northwestern Mutual Index 500 Stock Fund (MSA) | A | Dividend | K | T | | | | | |
| 23. -- Northwestern Mutual Mid Cap Growth Stock Fund (MSA/Wm Blair Co) | A | Dividend | K | T | | | | | |
| 24. Northwestern Mutual Variable Life Insurance #2 | | | | | | | | | |
| 25. -- Northwestern Mutual Growth Stock Fund (MSA/The Boston Company) | A | Dividend | K | T | | | | | |
| 26. -- Northwestern Mutual Index 400 Stock Fund (MSA) | A | Dividend | K | T | | | | | |
| 27. Vanguard UGTMA Account #1 | | | | | | | | | |
| 28. -- Vanguard LifeStrategy Moderate Growth Fund | A | Dividend | K | T | | | | | |
| 29. Vanguard UGTMA Account #2 | | | | | | | | | |
| 30. -- Vanguard LifeStrategy Moderate Growth Fund | A | Dividend | K | T | | | | | |
| 31. Vanguard Education Savings Account #1 | | | | | | | | | |
| 32. -- Vanguard Explorer Fund Investor Shares | A | Dividend | J | T | | | | | |
| 33. -- Vanguard STAR Fund | A | Dividend | J | T | | | | | |
| 34. Vanguard Education Savings Account #2 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Vanguard Small-Cap Growth Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 36. College Savings Iowa 529 Plan #1 | | | | | | | | | |
| 37. -- Vanguard Growth Age-Based Track: Moderate Growth Portfolio | | None | | | Sold | 04/04/18 | M | | |
| 38. -- Vanguard Growth Age-Based Track: Conservative Growth Portfolio | | None | M | T | Buy | 04/04/18 | M | | |
| 39. College Savings Iowa 529 Plan #2 | | | | | | | | | |
| 40. -- Vanguard Growth Age-Based Track: Growth Portfolio | | None | | | Sold | 03/05/18 | M | | |
| 41. -- Vanguard Growth Age-Based Track: Moderate Growth Portfolio | | None | M | T | Buy | 03/05/18 | M | | |
| 42. University of California Retirement Savings Program | | | | | | | | | |
| 43. -- UC Savings Fund | A | Int./Div. | J | T | | | | | |
| 44. Putnam UGTMA Account #1 | | | | | | | | | |
| 45. -- Putnam Dynamic Asset Allocation Balanced Fund | A | Dividend | J | T | | | | | |
| 46. -- Putnam Dynamic Asset Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 47. Putnam UGTMA Account #2 | | | | | | | | | |
| 48. -- Putnam Dynamic Asset Allocation Balanced Fund | A | Dividend | J | T | | | | | |
| 49. -- Putnam Dynamic Asset Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 50. Franklin Templeton 529 College Savings Plan #1 | | | | | | | | | |
| 51. -- Templeton Growth 529 Portfolio | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Franklin Growth 529 Portfolio | | None | J | T | | | | | |
| 53. -- Franklin Small Mid Cap Growth 529 Portfolio | | None | J | T | | | | | |
| 54. -- Franklin Mutual Shares 529 Portfolio | | None | J | T | | | | | |
| 55. -- S&P 500 Index 529 Portfolio | | None | J | T | | | | | |
| 56. Franklin Templeton 529 College Savings Plan #2 | | | | | | | | | |
| 57. -- Franklin Founding Funds 529 Portfolio | | None | K | T | | | | | |
| 58. Michigan 529 Education Savings Program #1 | | | | | | | | | |
| 59. -- TIAA-CREF Aggressive Age-Based Allocation Option | | None | K | T | | | | | |
| 60. Michigan 529 Education Savings Program #2 | | | | | | | | | |
| 61. -- TIAA-CREF Aggressive Age-Based Allocation Option | | None | K | T | | | | | |
| 62. Vanguard Balanced Index Fund Admiral Shares | C | Dividend | M | T | Sold (part) | 05/04/18 | J | B | |
| 63. | | | | | Sold (part) | 05/30/18 | K | B | |
| 64. | | | | | Sold (part) | 10/04/18 | J | B | |
| 65. Chase bank account #2 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Sheri Pym**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544